UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:09-60704-CIV-MARTINEZ-**

LONNIE MADISON,

    Plaintiff,

vs.

CITY OF CORAL SPRINGS, CORAL SPRINGS
POLICE DEPT., et al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on all pretrial matters. The Magistrate Judge filed a Report and Recommendation (D.E. No. 56) on March 29, 2010 . The Court has reviewed the entire record and objections. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 56) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1. Defendants Gallagher and Kozlowski's jointly filed motion to dismiss (D.E. No. 37), which is to be construed as a motion for summary judgment, is GRANTED.

    2. Defendant Floyd's motion for summary judgment (D.E. No. 43) is GRANTED.

    3. Defendant Capplis's motion for summary judgment (D.E. No. 44) is GRANTED.

    4. This case is CLOSED, and all pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this \_17\_ day of August, 2010.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record